**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 FEB 22 AM 11: 24

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| BR INVESTMENT GROUP, INC., ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | CV105-008 |
| ) | |
| v. ) | |
| ) | |
| RAMADA FRANCHISE SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| RAMADA WORLDWIDE, INC., ) | |
| formerly known as RAMADA ) | |
| FRANCHISE SYSTEMS, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | CV105-20 |
| ) | |
| B.R. INVESTMENT GROUP, INC., ) | |
| a Georgia corporation, ) | |
| ) | |
| Defendant. ) | |

### JOINT CONSENT MOTION FOR CONSOLIDATION AND EXTENSION OF TIME TO ANSWER COMPLAINTS

COME NOW BR Investment Group, Inc., Plaintiff, and Ramada Worldwide, Inc., Defendant, and jointly move this court to consolidate this action with Ramada Worldwide, Inc., f/k/a Ramada Franchise Systems, Inc., Plaintiff versus BR Investment Group, Inc., Defendant, which was recently transferred to this court from the United States District Court, District of New Jersey bearing case number 05-317 (WGB). These two lawsuits arise from the same set of operative facts, and it would be in the best interest of judicial economy to consolidate the two

ATTEST: A TRUE COPY

Feb. 22, 2005

Tara H. Burton
Deputy Clerk

discovery, motion practice and trial.

Additionally, the parties continue in their attempts to amicably resolve these cases and hereby jointly move that the answer dates in both cases be extended for an additional week. Under this extension, BR Investment Group, Inc.'s answer and/or responsive pleadings in the transferred case (CV105-20) will be due on March 4, 2005, and Ramada Franchise System, Inc.'s answer and/or responsive pleadings in CV105-008 will be due on March 4, 2005.

Respectfully submitted this 21st day of February, 2005.

Consented to by:

*R. Perry Sentell, III*

R. PERRY SENTELL, III
Georgia Bar No: 635805
Kilpatrick Stockton LLP
699 Broad Street, Suite 1400
Augusta, Georgia 30903-2043
706/724-2622

MICHAEL D. CRISP
Georgia Bar No: 196620
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309
404/815-6500

*Attorneys for Plaintiff BR Investment Group, Inc.*

_____
GEORGE R. HALL
Georgia Bar No: 318580
Hull, Towill, Norman, Barrett & Salley
Post Office Box 1564
Augusta, GA 30903-1564
706-722-4481

Mark S. VanderBroek
Georgia Bar No: 724440
Vincent C. Bushnell
Georgia Bar No: 098999
Troutman Sanders LLP
600 Peachtree St., NE
Suite 5200
Atlanta, Georgia 30308-2216
404-885-3000

*Attorneys for Defendant Ramada Worldwide, Inc.
f/k/a Ramada Franchise Systems, Inc.*