IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BR INVESTMENT GROUP, INC., | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | CV105-008 |
| | ) | |
| v. | ) | |
| | ) | |
| RAMADA FRANCHISE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RAMADA WORLDWIDE, INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | CV105-20 |
| | ) | |
| B.R. INVESTMENT GROUP, INC., a Georgia corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before this Court is the parties' Joint Motion for Consolidation and Extension of Time to Answer Complaints. Having read and reviewed the Motion, this Court finds that it is in the best interest of judicial economy to consolidate this Civil Action No. CV105-008 with the Civil Action involving Ramada Worldwide, Inc., f/k/a Ramada Franchise Systems, Inc., versus BR Investment Group, Inc., bearing the Civil Action File No. CV105-20 which was recently transferred to this Court by the United States District Court, District of New Jersey.

AUGLIB01 741621

IT IS HEREBY ORDERED that the Joint Motion for Consolidation and Extension of Time to Answer Complaints is hereby GRANTED. The two cases will be combined for discovery, motion practice and trial. The consolidated action will bear Civil Action File No. CV105-008. IT IS FURTHER ORDERED that BR Investment Group, Inc.'s answer and/or responsive pleadings in CV105-20 is extended through and including March 4, 2005, and Ramada Franchise System, Inc.'s answer and/or responsive pleadings in CV105-008 is extended through and including March 4, 2005.

This ___1st___ day of March, 2005.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA, AUGUSTA DIVISION

AUGLIB01 74162 1

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 1:05-cv-00020
Date Served: March 1, 2005
Served By: Tara H. Burton

Attorneys Served:

David Sager, Esq. ✓
George R. Hall, Esq. ✓
Matthew E. Moloshok, Esq. ✓
R. Perry Sentell III, Esq. ✓

___ Copy placed in Minutes

_✓_ Copy given to Judge

___ Copy given to Magistrate